UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LENNY C. WHITE,                                    CIVIL NO. 09-1607 (SRN/JSM)

      Plaintiff,

v.                                                                      ORDER

SGT. JEFF NELSON and
JOAN FABIAN, Commissioner
of Corrections,

      Defendants.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 14, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.      Defendants' Motion for Summary Judgment is **GRANTED**.

2.      Plaintiff's claims are dismissed with Prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 31, 2011

                              s/ Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge